113 A.3d 1245

Freddy TORRES, Petitioner

v.

The COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 22 EM 2015.

Supreme Court of Pennsylvania.

May 1, 2015.

## ORDER

PER CURIAM.

AND NOW, this 1st day of May, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **GRANTED, IN PART,** to the extent it seeks mandamus

relief. The Court of Common Pleas of Philadelphia County is **DIRECTED** to dispose of the pending habeas corpus petition within 90 days.